ACCEPTED
03-14-00515-CV
8116924
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 1:52:06 PM
JEFFREY D. KYLE
CLERK



**JOHN W. THOMAS, PARTNER**

1100 NORWOOD TOWER | 114 WEST 7TH ST | AUSTIN, TX 78701
512.495.1400 | FAX 512.499.0094 | JTHOMAS@GBKH.COM | WWW.GBKH.COM

December 7, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

12/7/2015 1:52:06 PM

JEFFREY D. KYLE
Clerk

*<u>Via Electronic Filing</u>*
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

> Re: Court of Appeals No. 03-14-00515-CV; *Salvatore Magaraci and Estate Protection Planning Corporation v. Espinosa, in his capacity as Receiver of Retirement Value, LLC*

Dear Clerk:

In accordance with the Court's notice of December 3, 2015, this letter will serve as notification that John W. Thomas, attorney for Appellee Eduardo Espinosa, Receiver of Retirement Value, LLC, in the above-referenced case, will be presenting oral argument before the court on January 27, 2016 at 1:30 p.m.

If you have any questions, please call me at (512) 495-1407.

Yours sincerely,

George, Brothers, Kincaid & Horton, LLP

*/s/ John W. Thomas*
John W. Thomas
Counsel for Appellee, Eduardo S. Espinosa
In his Capacity as Receiver for Retirement
Value, LLC

JWT/sn
cc:     Timothy A. Hootman, Counsel for Defendants *(Via Electronic Service)*
        Client